

# NUMBER 13-21-00026-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE HYUNDAM INDUSTRIAL COMPANY, LTD.

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Hinojosa and Silva
### Order Per Curiam

Relator Hyundam Industrial Company, Ltd. filed a petition for writ of mandamus in the above cause on January 21, 2021. Through this original proceeding, relator seeks to compel the trial court to vacate its January 13, 2021 order compelling discovery and strike certain specified interrogatories and requests for production. Relator has also filed a motion to stay through which it seeks to stay the production of the discovery at issue.

The Court, having examined and fully considered the motion to stay, is of the opinion that it should be granted as stated herein. *See* TEX. R. APP. P. 52.10(b). The motion to stay is GRANTED and the trial court's January 13, 2021 order is STAYED pending

further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Paul Swacina, as Successor Guardian of the Person and Estate of Johari Kibibi Powell, an incapacitated person, Paul Swacina as next friend of D.A.P., D.A.C., and D.A.C., minor children, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus and motion for temporary relief on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed on the
21st day of January, 2021.